UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-53-1-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO RE-OPEN THE PRE-TRIAL MOTIONS PERIOD |
| v. | |
| REGGIE EARL McKINNEY | |

The motion to re-open the pre-trial motions period to allow for the filing of a motion to suppress is hereby allowed. The deadline for pre-trial motions is ___October 31___, 2013.

Responses to motions shall be filed no later than _November 14_, 2013.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A).

SO ORDERED.

This ___3rd___ day of ___October___, 2013.

KIMBERLY A. SWANK
United States Magistrate Judge